**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| Karl Dunn, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Erwin Penland, LLC d/b/a EP & Co., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441(a), (c), and § 1446, Defendant Erwin Penland, LLC d/b/a EP & Co. ("Defendant") files this Notice of Removal to the United States District Court for the District of South Carolina, Greenville Division.  Removal is proper based on the following grounds:

1.     A civil action was filed by Plaintiff on March 26, 2025, and is now pending in the Court of Common Pleas of Greenville County, South Carolina.  That action appears by the title of *Karl Dunn v. Erwin Penland, LLC d/b/a EP & Co.* and designated as Case No. 2025-CP-23-01988 (the "State Court Action").  Plaintiff's Complaint alleges one cause of action:  Violation of the Age Discrimination in Employment Act ("ADEA").

2.     The state court Summons and Complaint were served on Defendant on March 26, 2025.  Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendant from the State Court Action are attached hereto as Exhibit A.

3.     This Notice of Removal is being filed timely within thirty (30) days after receipt, by Defendant by service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based as required by 28 U.S.C. § 1446(b).

4.  No further proceedings have been had in the Court of Common Pleas of Greenville County, as of the date of the filing of this Notice.

5.  Removal is proper under 28 U.S.C. § 1441(a) because this Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331, as this action involves claims that relate to the laws of the United States – specifically, the Age Discrimination in Employment Act. (Compl. at ¶¶ 4, 5, and 20-26.)  Accordingly, the Complaint establishes on its face that Plaintiff's claims are governed by federal law and that this matter is removable to this Court under the Court's federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1441(a).

6.  Written notice of the filing of the Notice of Removal is being served upon Plaintiff, and a copy of this Notice of Removal will be filed with the Clerk of the Court of Common Pleas, Greenville County as provided by 28 U.S.C. § 1446(d).

7.  Venue is proper in this court pursuant to 28 U.S.C. § 1441(a) in that this district and division embrace the place where the action is pending.

8.  This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

9.  This removal is made without waiver of any defenses or affirmative defenses, including those under Fed. R. Civ. P. 12, or Defendant's right to move for dismissal, on substantive or procedural grounds, of any cause of action asserted in the Complaint.

WHEREFORE, Defendant prays that further proceedings in the Greenville County Court of Common Pleas for the State of South Carolina be discontinued and that said Civil Action No. 2025-CP-23-01988 now pending in the Greenville County Court of Common Pleas for the State of South Carolina be removed to the United States District Court for the District of South Carolina and that such Court assume full jurisdiction of such action as provided by law.

2

Respectfully submitted,

s/ *T. Chase Samples*

T. Chase Samples (Fed.  I.D. No. 10824)
Email:  chase.samples@jacksonlewis.com
Gunner S. Hedden (Fed. I.D. No. 14057)
Email:  gunner.hedden@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
Phone: 864-232-7000
Fax: 864-235-1381

***ATTORNEYS FOR DEFENDANT***

Dated:  April ___, 2025

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| Karl Dunn, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Erwin Penland, LLC d/b/a EP & Co., | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing **DEFENDANT'S NOTICE OF**

**REMOVAL** was served this day on counsel for Plaintiff via US Mail and ECF service to:

Jeremy R. Summerlin, Esquire
Horton Law Firm, P.A.
307 Pettigru Street
Greenville, SC 29601
jsummerlin@hortonlawfirm.net

s/ *T. Chase Samples*
T. Chase Samples (Fed.  I.D. No. 10824)
Email:  chase.samples@jacksonlewis.com
Gunner S. Hedden (Fed. I.D. No. 14057)
Email:  gunner.hedden@jacksonlewis.com
JACKSON LEWIS P.C.
15 South Main Street, Suite 700
Greenville, SC 29601
Phone: 864-232-7000
Fax: 864-235-1381

***ATTORNEYS FOR DEFENDANT***

Dated:  April ___, 2025
4935-5710-4177, v. 1